Frances Anita NAVE, Appellant,

v.

MERCK & COMPANY, INC.; Joseph
F. Panegasser; Douglass Wynd,
Appellees.

No. 00–2110.

United States Court of Appeals,
Eighth Circuit.

Submitted March 8, 2001.

Decided March 13, 2001.

Before HANSEN, MORRIS
SHEPPARD ARNOLD, and BYE, Circuit
Judges.

[UNPUBLISHED]

PER CURIAM.

Frances Nave appeals from the district court's[1] grant of summary judgment to defendants in her action under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1983. After de novo review, *see Schuver v. MidAm. Energy Co.*, 154 F.3d 795, 799 (8th Cir.1998), we conclude the district court properly granted summary judgment to defendants for the reasons discussed in its order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.